UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOODY WOODROW TANKSLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF MOTOR VEHICLES, et al.,<br><br>    Defendants. | No. 2:20-cv-01732-TLN-CKD<br><br>**ORDER** |

Plaintiff Moody Woodrow Tanksley ("Plaintiff"), an individual proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 8, 2020, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 4.) No objections were filed.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983); *see also* 28 U.S.C. § 636(b)(1).

///

1 | Having carefully reviewed the entire file, the Court finds the findings and
2 | recommendations to be supported by the record and by proper analysis.
3 | Accordingly, IT IS HEREBY ORDERED that:
4 | 1. The Proposed Order and Findings and Recommendations filed December 8, 2020
5 | (ECF No. 4), are ADOPTED IN FULL:
6 | 2. The original Complaint (ECF No. 1) is DISMISSED without prejudice; and
7 | 3. The Clerk of Court is directed to close this case.
8 | IT IS SO ORDERED.
9 | DATED: January 14, 2021

Troy L. Nunley
United States District Judge